No. 95–3.   BROWN v. KILGORE ET AL.   Ct. App. Ohio, Franklin County.   Certiorari denied.

No. 95–4.   LOPEZ, SHERIFF OF BEXAR COUNTY v. VOJVODICH. C. A. 5th Cir.   Certiorari denied.

No. 95–5.   MOSS v. CHASSIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF HEALTH, ET AL.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 95–7.   ESSER v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 95–8.   SICOR LTD. ET AL. v. CETUS CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 95–9.   BUI v. MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 95–10.   TATUM v. AUSTIN.   C. A. 5th Cir.   Certiorari denied.

No. 95–11.   RUST v. UNITED STATES.   C. A. Armed Forces. Certiorari denied.

No. 95–12.   GUST ET AL. v. LEVY.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 95–13.   EXECUTIVE LEASING CORP. ET AL. v. BANCO POPULAR DE PUERTO RICO, AS SUCCESSOR IN INTEREST TO BANCO DE PONCE, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 95–14.   MORGAN v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95–15.   PORTLAND HOUSING AUTHORITY v. DOE ET AL. Sup. Jud. Ct. Me.   Certiorari denied.

No. 95–16.   MANDEL v. FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 10th Cir.   Certiorari denied.